UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.A.M.G. and L.H.M.F.,

Petitioners,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-06143-RFL

**JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Petition for Writ of Habeas Corpus is **GRANTED**. The Court, therefore, **ORDERS** as follows:

Petitioner M.A.M.G. shall be released from custody immediately on the same conditions of arrest previously imposed on her prior to April 2026. L.H.M.F. shall likewise be released from custody immediately on the same conditions of arrest previously imposed on her prior to March 2026.

Respondents shall not re-detain either Petitioner: (1) without notice and a pre-deprivation hearing before a neutral decisionmaker in which an individualized determination is made that she poses a flight risk or danger to public safety such that she must be detained; or (2) in the absence of a material change in circumstances since her most recent release justifying her detention. For avoidance of doubt, "re-detention" includes the addition of custodial constraints, including but

not limited to electronic monitoring used in connection with ISAP monitoring and movement restrictions.

**IT IS SO ORDERED.**

Dated: August 27, 2026

RITA F. LIN
United States District Judge